# Court of Appeals
# of the State of Georgia

ATLANTA,___May 29, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1726, A13A1727.     LAURANCE RICHARD v. PERENNIAL PROPERTIES MANAGEMENT, INC.**

Perennial Properties Management filed a dispossessory action against Laurance Richard in magistrate court.  The parties reached a consent agreement that was approved by the magistrate court.  Richard then appealed to the state court.  The state court entered orders compelling the payment of rent into the registry of the court and dismissing the appeal.  Richard filed two notices of direct appeal to this Court seeking review of those orders.  We, however, lack jurisdiction.

Because the orders at issue dispose of a de novo appeal from a magistrate court decision, Richard was required to follow the discretionary appeal procedures.  See OCGA § 5-6-35 (a) (11); *Strachan v. Meritor Mortgage Corp. East*, 216 Ga. App. 82 (453 SE2d 119) (1995).  His failure to do so deprives us of jurisdiction over these appeals, which are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* _05/29/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ , *Clerk.*